# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: | **Ivan Tellez** |
| JUVENILE: | No |
| PUBLIC or SEALED | Public |
| SERVICE TYPE: (Summons/ Warrant/ Notice) | Warrant |
| ISSUE: | Yes |
| INTERPRETER: | Yes |
| If YES, language: | Spanish |

| | |
|---|---|
| CASE INFORMATION: | |
| RELATED COMPLAINT: CASE NUMBER: | |
| County of Offense: | **Canyon** |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

Felony: **Yes**    Class A Misdemeanor: **No**
Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1955** | ONE | **Prohibition of Illegal Gambling Business** | **Up to 5 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment** |

Date: 10/15/25

Assistant U.S. Attorney: KELSEY A. MANWEILER
Telephone No.: (208) 334-1211