AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Idaho

| | | |
|---|---|---|
| United States of America<br>v.<br>**IVAN TELLEZ** | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   1:25-mj-00263-DKG |
| *Defendant* | | |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

OCT 1 5 2025

RECEIVED

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **IVAN TELLEZ**                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date:      10/15/2025

*Issuing officer's signature*

City and state:      Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*   **10.15.2025**   , and the person was arrested on *(date)*   **10.19.2025**
at *(city and state)*   **Wilder, ID**                .

Date:   **10.19.2025**

*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    IVAN TELLEZ

Known aliases:

Last known residence:    27410 Peckham Rd, Wilder, Idaho 83676

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:    10/27/1987

Social Security number:    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

Height:    Weight:

Sex:    Male    Race:

Hair:    Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: